FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY　　　　　　　　　　DEPUTY

ENTER / JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAMON A. ZANOLETTI,<br><br>　　　Petitioner,<br><br>　　v.<br><br>RICK HILL, Warden F.S.P.,<br><br>　　　Respondent. | Case No. CV 12-04931 DOC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: August 22, 2012

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY　　　　　　　　　　DEPUTY